IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOLOMON JOHNSON | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH MAZURKIEWICZ et al. | : | |
| Respondents | : | No. 11-5463 |

**O R D E R**

AND NOW, this 25th day of March, 2014, having considered Petitioner's petition for a writ of habeas corpus, and Respondents' response thereto, **I HEREBY ORDER** that Petitioner's petition is **DENIED WITH PREJUDICE AND WITHOUT A HEARING.**

**I FURTHER ORDER** that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because petitioner has failed to make a substantial showing of denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.